JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MORENO CRESCENCIO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>Defendants. | Case No: 2:24-cv-10946-MWF(BFMx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

The Court has reviewed the parties' Stipulation of Dismissal.  (Docket No. 46).  For good cause shown, the Stipulation is GRANTED. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 11, 2026

MICHAEL W. FITZGERALD
United States District Judge